# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GRACE ANN LOUSTALOT

NO. 2023 KW 0064

**MARCH 27, 2023**

---

In Re:   State of Louisiana, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2018-201334.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

                    **JMG**
                    **EW**
                    **SMM**

COURT OF APPEAL, FIRST CIRCUIT

*a.sr*

_____
DEPUTY CLERK OF COURT
        FOR THE COURT